IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAWKINS MFG., INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV441 |
| v. | ) ) | |
| DOUGLAS K. GENGENBACH, an individual, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff Hawkins Mfg, Inc.'s ("Hawkins") motion for partial summary judgment of noninfringement (Filing No. 8).  The Court notes that the motion is unopposed and that defendant Douglas K. Gengenbach agrees at least that the Hawkins Corn Reel does not literally infringe Gengenbach's '042 Patent.  (*See* Filing No. 30, at 3.)  Because the parties agree that the device at issue in this motion -- the Hawkins Corn Reel -- does not literally infringe Gengenbach's '042 Patent, it is unnecessary for the Court to engage in claim construction at this time.  The Court therefore finds that the motion should be granted without adopting its reasoning.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for partial summary judgment of noninfringement (Filing No. 8) is granted;

      2) The device known as the Hawkins Corn Reel does not literally infringe Claims 1-18 of U.S. Patent No. 6,672,042;

      3) Plaintiff's motion is denied in all other respects.

DATED this 23rd day of April, 2009.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court