IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAWKINS MFG, INC., a Nebraska corporation, | ) ) ) | 8:08CV441 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| DOUGLAS K. GENGENBACH, an individual, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, July 17, 2009, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 30th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court